## 8685. LOCKETT *v.* THE STATE.

GEORGE, J. There was no error in failing to charge the jury the law with reference to circumstantial evidence, there being positive evidence that the defendant sold whisky. The evidence was sufficient to warrant the verdict of guilty, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED JUNE 13, 1917.

Accusation of sale of liquor; from city court of Carrollton—Judge Beall. February 27, 1917.

*Smith & Spradlin,* for plaintiff in error.

*Willis Smith, solicitor,* contra.